NORTHWEST GROUP
PO Box 3744 Bellevue, WA 98009-3744

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
5623 129th Ave SE
Lot 3, Block 1, Newport Hills #9
Bellevue, WA 98006-3975

**FOR:**
Focus Mortgage
18338 NE 28th St
Redmond, WA 98052

**AS OF:**
9/19/2007

**BY:**
Joseph R. Murashie

Office (425) 456-0726 Fax (425)456-0738

EXHIBIT
1
Murashie 11-3-09
PENGAD 800-631-6989

| | | | |
|---|---|---|---|
| Client | Focus Mortgage | | File No. M-27333 Pierson |
| Property Address | 5623 129th Ave SE | | |
| City | Bellevue | County King | State WA Zip Code 98006-3975 |
| Client | Focus Mortgage | | |

# APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

- ☐ Self Contained (A written report prepared under Standards Rule 2-2(a) , persuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☒ Summary (A written report prepared under Standards Rule 2-2(b) , persuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☐ Restricted Use (A written report prepared under Standards Rule 2-2(c) , persuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

— the statements of fact contained in this report are true and correct.

— the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

— I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.

— I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

— my engagement in this assignment was not contingent upon developing or reporting predetermined results.

— my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

— my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

— I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)

— no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any state mandated requirements:

This is a Summary Appraisal Report which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for the Summary Appraisal Report. As such, it presents only summary discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation that is not provided with the report concerning the data, reasoning, and analyses is retained in the appraiser's file. The depth of the discussion contained in this report is specific to the needs of the client and for the intended use stated in the report. This appraisal report is intended for use in a mortgage finance transaction only. This report is not intended for any other use. The appraiser is not responsible for unauthorized use of this report, original copies of which are only signed in blue ink.

To develop the opinion of value, the appraiser performed a complete appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice. This means that no departures from Standard 1 were invoked.

I certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives. In addition, I certify that to the best of my knowledge and belief, the reported analysis, opinions, and conclusions were developed, and this report was prepared in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

**APPRAISER:**

Signature: [signature]
Name: Joseph R. Murashie
Date Signed: 9-20-2007
State Certification #: 27017-1701028
or State License #:
State: WA
Expiration Date of Certification or License: 10/28/2007

Effective Date of Appraisal: 9/19/2007

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not ☐ Exterior-only from street ☐ Interior and Exterior

# Uniform Residential Appraisal Report

File # M-27353 Pierson

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

**SUBJECT**

Property Address 5623 129th Ave SE | City Bellevue | State WA | Zip Code 98006-3975
Borrower Murphy Pierson | Owner of Public Record Karen Fortune | County King
Legal Description Lot 3, Block 1, Newport Hills #9
Assessor's Parcel # 607190-0030 | Tax Year 2007 | R.E. Taxes $ 3,005.83
Neighborhood Name Newport Hills | Map Reference TG 596,G6 | Census Tract 0250.01
Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ None | ☐ PUD HOA $ ☐ per year ☐ per month
Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)
Assignment Type ☒ Purchase Transaction ☐ Refinance Transaction ☐ Other (describe)
Lender/Client Focus Mortgage | Address 18338 NE 28th St, Redmond, WA 98052
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☒ Yes ☐ No
Report data source(s) used, offering price(s), and date(s). Purchase and Sale Agreement 08/04/07, $465,000. No NWMLS in the past 12 months.

**CONTRACT**

I ☒ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. The current sales contract, dated 8/4/2007 for $465,000 appears to be complete.

Contract Price $ 465,000 | Date of Contract 8/4/2007 | Is the property seller the owner of public record? ☒ Yes ☐ No | Data Source(s) County Records
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☒ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid. $18,600 Seller will pay 4% of Buyer's closing costs ($18,600)

**NEIGHBORHOOD**

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | | | One-Unit Housing Trends | | | | One-Unit Housing | | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban | ☒ Suburban | ☐ Rural | Property Values | ☐ Increasing | ☒ Stable | ☐ Declining | PRICE $ (000) | | AGE (yrs) | One-Unit | 85 % |
| Built-Up | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Over Supply | 520 | Low | 30 | 2-4 Unit | 1 % |
| Growth | ☐ Rapid | ☒ Stable | ☐ Slow | Marketing Time | ☐ Under 3 mths | ☒ 3-6 mths | ☐ Over 6 mths | 850 | High | 47 | Multi-Family | 1 % |
| | | | | | | | | 573 | Pred. | 33 | Commercial | 1 % |
| | | | | | | | | | | | Other | 12 % |

Neighborhood Boundaries Neighborhood is bounded by: SE 69th Way to the south, I-405 to the west, I-90 to the north and Coal Creek Parkway to the east.

Neighborhood Description This area known as Newport Hills is comprised of average quality homes. All public services, including transportation, recreation facilities, and police and fire protection are available. It has easy access to employment, schools, and shopping within ten minutes. This is a desirable place to live because of closeness to downtown Bellevue. There were no unfavorable factors noted.

Market Conditions (including support for the above conclusions) I have considered relevant competitive listings and/or contract offerings in the performance of this appraisal and in the trending information reported in this section. If a trend is indicated, I have attached an addendum providing relevant competitive listing/contract offering data.

**SITE**

Dimensions 80' x 105' x 80' (Approx.) | Area 8,400 sf or .19 Acre | Shape Rectangular | View Neighborhood
Specific Zoning Classification R-5 | Zoning Description Single Family Residential (Minimum Lot Size 5,000 sf)
Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements - Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ Pole | Water | ☒ | ☐ | Street Asphalt | ☒ | ☐ |
| Gas | ☒ | ☐ | Sanitary Sewer | ☒ | ☐ | Alley None | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 53033C 0666 F | FEMA Map Date 5/16/1995
Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe

**IMPROVEMENTS**

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☐ One ☒ One with Accessory Unit | | ☒ Concrete Slab | ☐ Crawl Space | Foundation Walls | Concrete/Average | Floors | Carpet,Tile/Average |
| # of Stories | 1 Sty + Bsmt | ☒ Full Basement | ☐ Partial Basement | Exterior Walls | Wood Siding/Avg | Walls | Drywall/Avg |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area | 756 sq.ft. | Roof Surface | Torchdown/Average | Trim/Finish | Paint Wd/Avg |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish | 100 % | Gutters & Downspouts | Metal/Average | Bath Floor | Vinyl/Average |
| Design (Style) | Split Entry | ☒ Outside Entry/Exit | N Sump Pump | Window Type | Insul Wd/Average | Bath Wainscot | Fiberglass/Avg |
| Year Built | 1962 | Evidence of | N Infestation | Storm Sash/Insulated | Yes,Yes/Average | Car Storage | ☐ None |
| Effective Age (Yrs) | 20 | N Dampness | N Settlement | Screens | Yes/Average | ☒ Driveway | # of Cars 2 |
| Attic | ☐ None | Heating ☒ FWA ☐ HWBB | ☐ Radiant | Amenities | ☐ Woodstove(s) # | Driveway Surface | Concrete |
| ☐ Drop Stair | ☐ Stairs | ☐ Other | Fuel Nat. Gas | ☒ Fireplace(s) # 1 | ☒ Fence Backyard | ☒ Garage | # of Cars 2 |
| ☐ Floor | ☒ Scuttle | Cooling | ☐ Central Air Conditioning | ☒ Patio/Deck Both | ☒ Porch Entry | ☐ Carport | # of Cars |
| ☐ Finished | ☐ Heated | ☒ Individual | ☐ Other | ☐ Pool | ☐ Other | ☐ Att. ☐ Det. | ☒ Built-in |

Appliances P Refrigerator ☒ Range/Oven ☒ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)
Finished area above grade contains: 6 Rooms 3 Bedrooms 1.75 Bath(s) 1,469 Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.). Additional Features include: Insulated wood windows throughout the entire house. Insulation in walls attic and crawl space.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). Subject has; Electrical box with 200 Amp circuit breaker box, house has fiberglass insulation in the floor and walls. Floor plan provides good utility, design and appeal. The house and yard have been maintained very well and are in good condition. No structural problems noted. No functional or physical inadequacies noted.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe

# Uniform Residential Appraisal Report

File # M-27353 Pierson

There are 14 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 999,950 to $ 499,000 .

There are 7 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 850,000 to $ 520,000 .

## SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5623 129th Ave SE Bellevue | 6108 127th Pl SE Bellevue, WA 98006-3975 | | 6332 125th Pl SE Bellevue, WA 98006-3975 | | 5237 122nd Pl SE Bellevue, WA 98006-3975 | |
| Proximity to Subject | | 0.31 miles SW | | 0.44 miles SW | | 0.39 miles NW | |
| Sale Price | $ 465,000 | | $ 533,500 | | $ 501,000 | | $ 459,950 |
| Sale Price/Gross Liv. Area | $ 316.54 sq.ft. | $ 370.49 sq.ft. | | $ 379.55 sq.ft. | | $ 356.55 sq.ft. | |
| Data Source(s) | | External Inspection | | External Inspection | | External Inspection | |
| Verification Source(s) | | Metroscan, NWMLS | | Metroscan, NWMLS | | Metroscan, NWMLS | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | Conv. 80% LTV None Known | | Conv. 80% LTV None Known | | Conv. 80% LTV None Known | |
| Date of Sale/Time | | 20070530-1943 | | 20070615-2887 | | 20070803-1244 | |
| Location | Bellevue | Bellevue (-) | +2,500 | Bellevue | | Bellevue | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | .19 Acre | .23 Acre | | .21 Acre | | .22 Acre | |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | Split Entry | Tri Level | | Split Entry | | Split Entry | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 1962/45 E20y | 1962/45 E23y | +3,000 | 1962/45 E23y | +3,000 | 1959/48 E30y | +10,000 |
| Condition | Updated | Updated | | Updated | | Updated | |
| Above Grade Room Count (Total / Bdrms. / Baths) | 6 / 3 / 1.75 | 6 / 3 / 1.75 | | 6 / 3 / 1.75 | | 6 / 3 / 1.75 | |
| Gross Living Area | 1,469 sq.ft. | 1,440 sq.ft. | +1,015 | 1,320 sq.ft. | +5,215 | 1,290 sq.ft. | +6,265 |
| Basement & Finished | 756/756 Fin | 760/760 Fin | -100 | 740/740 Fin | +400 | 680/680 Fin | +1,900 |
| Rooms Below Grade | 2 1 1 | 3 1 .75 | +750 | 3 1 .5 | +1,500 | 2 1 .5 | +1,500 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FrcdAir/None | FrcdAir/None | | FrcdAir/None | | FrcdAir/None | |
| Energy Efficient Items | Insulated Wood | DP Wood | +1,500 | Single Pane | +4,000 | Single Pane (*) | +4,000 |
| Garage/Carport | 2 Car Gar Bltin | 2 Car Gar Bltin | | 2 Car Gar Bltin | | 2 Car Gar Att | |
| Porch/Patio/Deck | Porch,Patio,Dk | Porch,Patio,Dk | | Porch,Patio,Dk | | Porch,Patio,Dk | |
| 2Fireplaces | 1 Fireplace | 2 Fireplaces | -2,500 | 2 Fireplaces | -2,500 | 2 Fireplaces | -2,500 |
| Roofing | Torchdown | Composition | -3,500 | Torchdown | | Torchdown | |
| Landscaping | Average | Average | | Average | | Average | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 2,665 | ☒ + ☐ - | $ 11,615 | ☒ + ☐ - | $ 21,165 |
| Adjusted Sale Price of Comparables | | Net Adj. 0.5 % Gross Adj. 2.8 % | $ 536,165 | Net Adj. 2.3 % Gross Adj. 3.3 % | $ 512,615 | Net Adj. 4.6 % Gross Adj. 5.7 % | $ 481,115 |

I ☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☒ did ☐ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s) King County Records

My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s) King County Records

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 11/04/2004 | No Other Sale | No Other Sale | 11/29/2006 |
| Price of Prior Sale/Transfer | $128,500 | Past 12 months | Past 12 months | Quit Claim |
| Data Source(s) | County Records | County Records | County Records | County Records |
| Effective Date of Data Source(s) | 9/19/2007 | 9/19/2007 | 9/19/2007 | 9/19/2007 |

Analysis of prior sale or transfer history of the subject property and comparable sales The subject property had a prior sale/transfer on 11/4/2004 for $128,500. No prior sales or transfers of comparables #1 and #2 for the past 12 months. Comparable #3 was quit claimed on 11/29/2006.

Summary of Sales Comparison Approach A comprehensive search of the subject, neighborhood and market area was made to show subject compatibility and to provide comparable sales. When possible, three data sources were used to verify the information contained within this report. When conflicting information was found, an attempt was made to contact the buyer or seller. The comparable sales used in this report are considered to be the best available and are believed to accurately represent the subject's estimated market value.

Indicated Value by Sales Comparison Approach $ 505,000

## RECONCILIATION

**Indicated Value by: Sales Comparison Approach $** 505,000 **Cost Approach (if developed) $** 401,124 **Income Approach (if developed) $** 415,800

The sales comparison approach, which most accurately reflects the analysis used by purchasers of residential property, was given the most weight. The income approach and cost approach were also considered.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

**Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $** 505,000 **, as of** 9/19/2007 **, which is the date of inspection and the effective date of this appraisal.**

# Uniform Residential Appraisal Report

SEE SUPPLEMENTAL ADDENDUM

ADDITIONAL COMMENTS

**Average listing price to sales price ratio (appraiser will use professional judgment to estimate the ratio if it cannot be determined from available data sources).

Listing/Price Ratios:

| | Listing Price | Sales Price | % | Time on Market |
|---|---|---|---|---|
| Comparable #1 | $539,500 | $533,500 | 98% | Approx 41 Days |
| Comparable #2 | $489,950 | $501,000 | 102% | Approx 30 Days |
| Comparable #3 | $459,950 | $459,950 | ----- | Approx 60 Days |

I have considered relevant competitive listings and/or contract offerings in the performance of this appraisal and in the information reported in this section. If a trend is indicated, I have attached an addendum providing relevant competitive listing/contract offering data.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The appraiser used a land value of $224,000 in the cost approach. The Marshall and Swift, Residential Cost Handbook was used as a guide in the cost approach.

ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data The Marshall & Swift, Residential Cost Handbook

Quality rating from cost service Average Effective date of cost data 06/05

Comments on Cost Approach (gross living area calculations, depreciation, etc.)

Land Sales Extractions:

| Sale Price | Improvements | Land | Acre |
|---|---|---|---|
| $533,500 | $309,430 | $224,070 | .23 |
| $501,000 | $280,560 | $220,440 | .21 |
| $459,950 | $262,171 | $197,778 | .22 |

| | | |
|---|---|---|
| OPINION OF SITE VALUE | =$ | 224,000 |
| DWELLING 1,469 Sq.Ft. @ $ 95.00 | =$ | 139,555 |
| 756 Sq.Ft. @ $ 65.00 | =$ | 49,140 |
| Built-in appliances & fireplace | =$ | 15,000 |
| Garage/Carport 644 Sq.Ft. @ $ 45.00 | =$ | 28,980 |
| Total Estimate of Cost-New | =$ | 232,675 |
| Less Physical / Functional / External | | |
| Depreciation 58,169 | =$( | 58,169) |
| Depreciated Cost of Improvements | =$ | 174,506 |
| "As-is" Value of Site Improvements | =$ | 22,000 |
| INDICATED VALUE BY COST APPROACH | =$ | 420,506 |

Estimated Remaining Economic Life (HUD and VA only) 45 Years

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $ 2100 X Gross Rent Multiplier 198 = $ 415,800 Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) The Estimated Market Rent and Gross Rent Multiplier are based on the appraiser's knowledge of the subject market area. Rental knowledge is based on prior and current rental rates of residential properties.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

Total number of phases Total number of units Total number of units sold

Total number of units rented Total number of units for sale Data source(s)

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

# Uniform Residential Appraisal Report

File # M-27353 Pierson

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

**APPRAISER**

Signature [signature] Joseph R. Murashie
Name Joseph R. Murashie
Company Name Northwest Group
Company Address PO Box 3744, Bellevue, WA 98009

Telephone Number (425) 456-0726
Email Address info@nwgroupinc.com
Date of Signature and Report 9-20-2007
Effective Date of Appraisal 9/19/2007
State Certification # 27017-1701028
or State License #
or Other (describe) State #
State WA
Expiration Date of Certification or License 10/28/2007

ADDRESS OF PROPERTY APPRAISED
5623 129th Ave SE
Bellevue, WA 98006-3975

APPRAISED VALUE OF SUBJECT PROPERTY $ 505,000

LENDER/CLIENT
Name
Company Name Focus Mortgage
Company Address 18338 NE 28th St, Redmond, WA 98052

Email Address

**SUPERVISORY APPRAISER (ONLY IF REQUIRED)**

Signature
Name
Company Name
Company Address

Telephone Number
Email Address
Date of Signature
State Certification #
or State License #
State
Expiration Date of Certification or License

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

COMPARABLE SALES

☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection mmerceri@aol.com

# SINGLE FAMILY COMPARABLE RENT SCHEDULE

This form is intended to provide the appraiser with a familiar format to estimate the market rent of the subject property. Adjustments should be made only for items of significant difference between the comparables and the subject property.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 5623 129th Ave SE Bellevue | 6559 125th Ave SE Bellevue | | 14118 SE 51st Pl Bellevue | | 11731 SE 60th Pl Bellevue | |
| Proximity to Subject | | | | | | | |
| Date Lease Begins / Date Lease Expires | Month/Month | Month/Month | | Month/Month | | Month/Month | |
| Monthy Rental | If Currently Rented: $ | $ 1,745 | | $ 2,100 | | $ 2,250 | |
| Less: Utilities / Furniture | $ | $ | | $ | | $ | |
| Adjusted Monthly Rent | $ | $ 1,745 | | $ 2,100 | | $ 2,250 | |
| Data Source | | NWMLS | | NWMLS | | NWMLS | |
| RENT ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. | DESCRIPTION | +(–)$ Adjust. |
| Rent Concessions | | None Known | | None Known | | None Known | |
| Location/View | Bellevue Neighborhood | Bellevue Neighborhood | | Bellevue Neighborhood | | Bellevue Neighborhood | |
| Design and Appeal | Split Entry Average | Tri Level Average | | 1 Story + Bsmt Average | | 2 Story Average | |
| Age/Condition | 1962/45 E15y Updated | 1973/34 E12y Updated | | 1985/22 E12y Updated | | 1990/17 E12y Updated | |
| Above Grade Room Count (Total / Bdrms / Baths) | 6 / 3 / 1.75 | 6 / 3 / 1.75 | | 6 / 3 / 1.75 | | | |
| Gross Living Area | 1,469 Sq. Ft. | 1,510 Sq. Ft. | | 1,560 Sq. Ft. | | 2,420 Sq. Ft. | |
| Other (e.g., basement, etc.) | 756/756 Fin 2 1 1 | 780/530 Fin 2 1 .75 | | 1510/910 Fin 2 1 .75 | | None N/A | |
| Other: | | | | | | | |
| Net Adj. (total) | | + - | $ | + - | $ | + - | $ |
| Indicated Monthly Market Rent | | | $ 1,745 | | $ 2,100 | | $ 2,250 |

Comments on market data, including the range of rents for single family properties, an estimate of vacancy for single family rental properties, the general trend of rents and vacancy, and support for the above adjustments. (Rent concessions should be adjusted to the market, not to the subject property.) The rental market is average to good. Rents for single family properties in the subject's neighborhood are in the $1745-$2250 / month range. The vacancy rate is 5%, which is normal for the area. The rental market is solid at the present time. There are very few concessions if any because the supply and demand seems to be well balanced. The constant population growth in Puget Sound continues to fill the new rentals as they become available.

Final Reconciliation of Market Rent: All three comparables received equal weight when determining the value of the subject. The rental market is average to good. Rents for single family properties in the subject's neighborhood are in the $1745-$2250 / month range. The vacancy rate is 5%, which is normal for the area. The rental market is solid at the present time.

I (WE) ESTIMATE THE MONTHLY MARKET RENT OF THE SUBJECT AS OF 9/19/2007 20 ___ TO BE $ 2,000

Appraiser(s) SIGNATURE ______________________ Review Appraiser SIGNATURE ______________________
(If applicable)

NAME Joseph R. Murashie NAME ______________________

Freddie Mac Form 1000 (8/88) [Y2K] Fannie Mae Form 1007 (8/88)

Northwest Group - Joseph R. Murashie

Form RSL — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

M-27353 Pierson

# Operating Income Statement

## One- to Four-Family Investment Property and Two- to Four-Family Owner-Occupied Property

Property Address

| 5623 129th Ave SE | Bellevue | WA | 98006-3975 |
|---|---|---|---|
| Street | City | State | Zip Code |

General Instructions: This form is to be prepared jointly by the loan applicant, the appraiser, and the lender's underwriter. The applicant must complete the following schedule indicating each unit's rental status, lease expiration date, current rent, market rent, and the responsibility for utility expenses. Rental figures must be based on the rent for an "unfurnished" unit.

| | Currently Rented | Expiration Date | Current Rent Per Month | Market Rent Per Month | Utility Expense | Paid By Owner | Paid By Tenant |
|---|---|---|---|---|---|---|---|
| Unit No. 1 | Yes ☐ No ☒ | | $ | $ 2,000 | Electricity | ☐ | ☒ |
| Unit No. 2 | Yes ☐ No ☐ | | $ | $ | Gas | ☐ | ☒ |
| Unit No. 3 | Yes ☐ No ☐ | | $ | $ | Fuel Oil | ☐ | ☐ |
| Unit No. 4 | Yes ☐ No ☐ | | $ | $ | Fuel (Other) | ☐ | ☐ |
| Total | | | $ | $ 2,000 | Water/Sewer | ☒ | ☐ |
| | | | | | Trash Removal | ☐ | ☒ |

The applicant should complete all of the income and expense projections and for existing properties provide actual year-end operating statements for the past two years *(for new properties the applicant's projected income and expenses must be provided).* This Operating Income Statement and any previous operating statements the applicant provides must then be sent to the appraiser for review, comment, and/or adjustments next to the applicant's figures *(e.g. Applicant/Appraiser 288/300).* If the appraiser is retained to complete the form instead of the applicant, the lender must provide to the appraiser the aforementioned operating statements, mortgage insurance premium, HOA dues, leasehold payments, subordinate financing, and/or any other relevant information as to the income and expenses of the subject property received from the applicant to substantiate the projections. The underwriter should carefully review the applicant's/appraiser's projections and the appraiser's comments concerning those projections. The underwriter should make any final adjustments that are necessary to more accurately reflect any income or expense items that appear unreasonable for the market. *(Real estate taxes and insurance on these types of properties are included in PITI and not calculated as an annual expense item)* Income should be based on the current rents, but should not exceed market rents. When there are no current rents because the property is proposed, new, or currently vacant, market rents should be used.

## Annual Income and Expense Projection for Next 12 months

| Income *(Do not include income for owner-occupied units)* | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Gross Annual Rental *(from unit(s) to be rented)* | $ 24,000 | $ |
| Other Income *(include sources)* | + | + |
| Total | $ 24,000 | $ |
| Less Vacancy/Rent Loss | − 1,200 ( 5 %) | − ( %) |
| Effective Gross Income | $ 22,800 | $ |

| Expenses *(Do not include expenses for owner-occupied units)* | By Applicant/Appraiser | Adjustments by Lender's Underwriter |
|---|---|---|
| Electricity | | |
| Gas | | |
| Fuel Oil | | |
| Fuel (Type - ) | | |
| Water/Sewer | 35 | |
| Trash Removal | | |
| Pest Control | | |
| Other Taxes or Licenses | | |
| Casual Labor<br>This includes the costs for public area cleaning, snow removal, etc., even though the applicant may not elect to contract for such services. | 25 | |
| Interior Paint/Decorating<br>This includes the costs of contract labor and materials that are required to maintain the interiors of the living unit. | 50 | |
| General Repairs/Maintenance<br>This includes the costs of contract labor and materials that are required to maintain the public corridors, stairways, roofs, mechanical systems, grounds, etc. | 50 | |
| Management Expenses<br>These are the customer expenses that a professional management company would charge to manage the property. | | |
| Supplies<br>This includes the costs of items like light bulbs, janitorial supplies, etc. | 35 | |
| Total Replacement Reserves - See Schedule on Pg. 2 | 48 | |
| Miscellaneous | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Operating Expenses | $ 243 | $ |

Adequate replacement reserves must be calculated regardless of whether actual reserves are provided for on the owner's operating statements or are customary in the local market. This represents the total average yearly reserves. Generally, all equipment and components that have a remaining life of more than one year - such as refrigerators, stoves, clothes washers/dryers, trash compactors, furnaces, roofs, and carpeting, etc. - should be expensed on a replacement cost basis.

| Equipment | Replacement Cost | Remaining Life | Units | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|
| Stoves/Ranges | @ $ 150 ea. ÷ | 10 Yrs. x | 1 Units = | $ 15 | $ |
| Refrigerators | @ $ 150 ea. ÷ | 8 Yrs. x | 1 Units = | $ 19 | $ |
| Dishwashers | @ $ ea. ÷ | Yrs. x | Units = | $ | $ |
| A/C Units | @ $ ea. ÷ | Yrs. x | Units = | $ | $ |
| C. Washer/Dryers | @ $ ea. ÷ | Yrs. x | Units = | $ | $ |
| HW Heaters | @ $ ea. ÷ | Yrs. x | Units = | $ | $ |
| Furnace(s) | @ $ 250 ea. ÷ | 18 Yrs. x | 1 Units = | $ 14 | $ |
| (Other) | @ $ ea. ÷ | Yrs. x | Units = | $ | $ |
| Roof | @ $ ÷ | Yrs. x One Bldg. = | | $ | $ |

Carpeting (Wall to Wall)

| | Total Sq. Yds. | Per Sq. Yd. | Remaining Life | By Applicant/ Appraiser | Lender Adjustments |
|---|---|---|---|---|---|
| (Units) | Total Sq. Yds. @ $ | Per Sq. Yd. ÷ | Yrs. = | $ | $ |
| (Public Areas) | Total Sq. Yds. @ $ | Per Sq. Yd. ÷ | Yrs. = | $ | $ |

Total Replacement Reserves. (Enter on Pg. 1) $ 48 $

## Operating Income Reconciliation

$ 22,800 (Effective Gross Income) − $ 243 (Total Operating Expenses) = $ 22,557 (Operating Income) ÷ 12 = $ 1,880 (Monthly Operating Income)

$ $ 1,880 (Monthly Operating Income) − $ 3000 (Monthly Housing Expense) = $ -1,120 (Net Cash Flow)

(Note: Monthly Housing Expense includes principal and interest on the mortgage, hazard insurance premiums, real estate taxes, mortgage insurance premiums, HOA dues, leasehold payments, and subordinate financing payments.)

Underwriter's instructions for 2-4 Family Owner-Occupied Properties

- If Monthly Operating Income is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Monthly Operating Income is a negative number, it must be included as a liability for qualification purposes.
- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total Monthly Housing Expense for the subject property to the borrower's stable monthly income.

Underwriter's instructions for 1-4 Family Investment Properties

- If Net Cash Flow is a positive number, enter as "Net Rental Income" in the "Gross Monthly Income" section of Freddie Mac Form 65/Fannie Mae Form 1003. If Net Cash Flow is a negative number, it must be included as a liability for qualification purposes.
- The borrower's monthly housing expense-to-income ratio must be calculated by comparing the total monthly housing expense for the borrower's primary residence to the borrower's stable monthly income.

Appraiser's Comments *(Including sources for data and rationale for the projections)*

Joseph R. Murashie
Appraiser Name — Appraiser Signature — Date

Underwriter's Comments and Rationale for Adjustments

Underwriter Name — Underwriter Signature — Date

## Supplemental Addendum

File No. M-27353 Pierson

| | | | | | | |
|---|---|---|---|---|---|---|
| Client | Focus Mortgage | | | | | |
| Property Address | 5623 129th Ave SE | | | | | |
| City | Bellevue | County King | State | WA | Zip Code | 98006-3975 |
| Client | Focus Mortgage | | | | | |

COMMENTS ON SALES COMPARISONS:

Location Adjustment:
Comparable #1 is located near power lines and received a minimal adjustment.

Age Adjustment:
The effective age of the improvement is based on an estimated 65 year life expectancy. The age-to-life method of calculating depreciation, physical depreciation is calculated on the remaining economic life, taking into account any upgrades and remodeling. Adjustments on depreciated life difference is $1,000 per year.

Room Adjustments:
Bedrooms are adjusted at $1,000 and full bathrooms are at $3,000.

Basement Adjustment:
Basement adjustments are calculated at $10 per square foot difference and the finished square footage is calculated at $15 per square foot difference.

Subject Summary:
The subject, built in 1962 and located in Bellevue has been well maintained and receiving average upkeep. It has four bedrooms and two and three quarters bathrooms. The flooring is carpet and tile. This home has insulated wood windows, a fenced backyard, torchdown roof and a two car built-in garage. The heat source is forced air and a fireplace. It has a neighborhood view and is on a .19 acre lot.

Comparable #1
This house was built in 1962 and is a tri level style home with four bedrooms and two and one half bathrooms. It has double pane wood windows, composition shingle roof, two fireplaces and a two car built-in garage. This home has a neighborhood view and is located on a .23 acre lot.

Comparable #2
This house was built in 1962 and is a split entry style home with four bedrooms and two and one quarter bathrooms. It has single pane windows, torchdown roof, two fireplaces and a two car built-in garage. This home has a neighborhood view and is located on a .21 acre lot.

Comparable #3
This house was built in 1959 and is a split entry style home with four bedrooms and two and one quarter bathrooms. It has insulated vinyl windows, torchdown roof, two fireplaces and a two car attached garage. This home has a neighborhood view and is located on a .22 acre lot. (*) This comparable had single pane windows at the time of the sale.

Summary:
The comparables used were the best in the area to help set the current market value. All three comparables were given equal weight in determining the current market value. The market value at the time of inspection for the property located at 5623 129th Ave SE, Bellevue, WA 98006 is $505,000.

NOTE:
The signature(s) affixed to this report and certification were applied by the original appraiser(s) or supervisory appraiser and represent their acknowledgements of the facts, opinions and conclusions found in the report. Each appraiser applied his or her signature electronically using a password encrypted method. Hence, these signatures have more safeguards and carry the same validity as the individual's hand signature. If the report has a hand-applied signature, this comment does not apply.

**Supplemental Addendum** File No. M-27353 Pierson

| | | | | | |
|---|---|---|---|---|---|
| Client | Focus Mortgage | | | | |
| Property Address | 5623 129th Ave SE | | | | |
| City | Bellevue | County | King | State WA | Zip Code 98006-3975 |
| Client | Focus Mortgage | | | | |

The Intended User of this appraisal report is the Lender/Client. The Intended Use is to evaluate the property that is the subject of this appraisal for mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and Definition of Market Value. No additional Intended Users are identified by the appraiser.

SCOPE OF WORK: This is an appraisal report to assist the lender/client as stated above. Those parties named in this appraisal (lender/client) who choose to rely on this appraisal may only do so within the scope of work agreed upon between the client and appraiser for the intended use stated herein.

The following steps were taken to arrive at the final opinion of market value set forth in this appraisal report of the subject property:

*Upon receipt of the request to perform an appraisal on the subject property, available county and multiple listing service records were reviewed to determine the nature of the subject property and the necessary scope of the appraisal assignment. The owner of record indicated in this report was attained through county records based upon the data service indicated.

*A cursory review of the plans, specifications and cost breakdown provided by the client was conducted to determine the materials, layout and finishes of the subject. **This report is not a home inspection. This report should not be relied upon to discover hidden conditions present in the subject property. The appraisal report does not guarantee that the property is free of defects.** The property viewing done by the appraiser is not to be interpreted as a professional inspection of electrical wiring, plumbing, well or septic or any similar private or public systems, heating systems, chimneys or fireplaces or any other mechanical systems, insulation, attics, foundations or any other building components or structural defects to determine their adequacy, safety of condition or any toxic substances or toxic mold, mildew, etc. that would be detrimental to the health of any persons. A head and shoulders inspection of the attic and crawl space was not conducted unless otherwise noted. Areas of the roof available for viewing from the ground were viewed. Areas of the roof not available for viewing and therefore not inspected include areas with obstructed sight lines from the ground level, snow cover, etc. home inspections are done by Licensed Home Inspectors or licensed contractors. If an inspection to determine the soundness, safety, condition or adequacy of any of these systems or other building components not mentioned here is desired or required, or testing of any toxic substances or toxic mold or mildew or radon gas or asbestos, urea formaldehyde foam insulation or lead based paint, etc. the homeowner or other interested party should contact a qualified licensed home inspector or licensed contractor. Dwellings built prior to 1978 may contain lead based paint. The site has been viewed to the extent necessary to ascertain the general topography and overall utility. No determination has been made as to the existence or extent of wetlands, slopes, cuts, fills, slide areas, historical uses, environmental concerns, etc, unless otherwise noted in this report. This inspection, available data from county and multiple listing service records, any third party and the owner are the main sources of information utilized to determine any and all significant attributes of the subject property. This information is considered adequate to develop an opinion of value that is not meaningless or misleading, based on the extraordinary assumptions, limiting conditions and certifications contained herein.

*Available county and multiple listing service records were examined, with the exterior of representative sales inspected from the street and cited in the Market Analysis section of the report. Appropriate adjustments have been made for significant differences based on the appraiser's opinion of market reaction after researching available past and present market data. Appropriate cost data has been analyzed and cited in the report based on cost indicators considered appropriate for the subject property, with site sales data researched and noted in the report to provide support for the opinion of site value.

*The report was completed in accordance with standards dictated by The Appraisal Foundation (USPAP) and client guidelines. The report includes summarized data requested by the client and is considered sufficient to lead a reader to a similar conclusion and not be misleading. Further information may be contained in the appraiser's work file.

*The report was then delivered to the client which constituted the completion of the assignment.

ADDITIONAL CERTIFICATIONS
I certify that, to the best of my knowledge and belief, the report analysis, opinions and conclusions, were developed and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and the Standards of Professional Appraisal Practice of the Appraisal Institute.

This is a summary report which is intended to comply with the report requirements set forth under Standard Rule 2-2(b) of the Uniform Standards of Professional Appraisal Practice for a summary appraisal report. As such, it might not include full discussions of the data, reasoning, and analyses that were used in the appraisal process to develop the appraiser's opinion of value. Supporting documentation concerning the data, reasoning and analyses is retained in the appraiser's file. The information contained in this report is specific to the needs of the client and for the intended use stated in this report. The appraiser is not responsible for the unauthorized use of this report.

I certify that the use of this report is subject to the requirements of the Appraisal Institute relating to review by it's duly authorized representatives.

| Client | Focus Mortgage | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5623 129th Ave SE | | | | | | |
| City | Bellevue | County | King | State | WA | Zip Code | 98006-3975 |
| Client | Focus Mortgage | | | | | | |

**Subject Front**

5623 129th Ave SE

| | |
|---|---|
| Sales Price | 465,000 |
| Gross Living Area | 1,469 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.75 |
| Location | Bellevue |
| View | Neighborhood |
| Site | .19 Acre |
| Quality | Average |
| Age | 1962/45 E15y |

**Subject Rear**

**Subject Street**

Form PIC3x5.SR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

NWG 0015

# Building Sketch

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Focus Mortgage | | | | | | |
| Property Address | 5623 129th Ave SE | | | | | | |
| City | Bellevue | County | King | State | WA | Zip Code | 98006-3975 |
| Client | Focus Mortgage | | | | | | |

11'
4.2'
4.2'
9'
Deck
16'
Dining Room
Kitchen
Eating Area
Hall Bath
3/4 Bath
Master Bedroom
28'
Living Room
31'
Bed Room
Bed Room
27'
23'
Main Level
Patio
27'
Eating Area
Bed Room
Full Bath
Laundry
28'
Family Room
28'
27'
Basement

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1469.0 | 1469.0 |
| BSMT | Basement | 756.0 | 756.0 |
| GAR | Garage | 644.0 | 644.0 |
| P/P | Porch | 275.0 | |
| | Patio | 223.0 | 498.0 |
| Net LIVABLE Area | | (rounded) | 1469 |

| LIVING AREA BREAKDOWN | | | | |
|---|---|---|---|---|
| Breakdown | | | | Subtotals |
| First Floor | | | | |
| | 23.0 | x | 3.0 | 69.0 |
| | 50.0 | x | 28.0 | 1400.0 |
| 2 Items | | | (rounded) | 1469 |

Form SKT.BldSkl — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

NWG 0016

# Plat Map

| Client | Focus Mortgage | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 5623 129th Ave SE | | | | | | |
| City | Bellevue | County | King | State | WA | Zip Code | 98006-3975 |
| Client | Focus Mortgage | | | | | | |

NWG 0017



# Comparable Sales Map

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Client | Focus Mortgage | | | | | | |
| Property Address | 5623 129th Ave SE | | | | | | |
| City | Bellevue | County | King | State | WA | Zip Code | 98006-3975 |
| Client | Focus Mortgage | | | | | | |

| Client | Focus Mortgage | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 5623 129th Ave SE | | | | | |
| City | Bellevue | County | King | State WA | Zip Code | 98006-3975 |
| Client | Focus Mortgage | | | | | |

**Comparable 1**

6108 127th Pl SE

| | |
|---|---|
| Prox. to Subject | 0.31 miles SW |
| Sales Price | 533,500 |
| Gross Living Area | 1,440 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.75 |
| Location | Bellevue (-) |
| View | Neighborhood |
| Site | .23 Acre |
| Quality | Average |
| Age | 1962/45 E23y |

**Comparable 2**

6332 125th Pl SE

| | |
|---|---|
| Prox. to Subject | 0.44 miles SW |
| Sales Price | 501,000 |
| Gross Living Area | 1,320 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.75 |
| Location | Bellevue |
| View | Neighborhood |
| Site | .21 Acre |
| Quality | Average |
| Age | 1962/45 E23y |

**Comparable 3**

5237 122nd Pl SE

| | |
|---|---|
| Prox. to Subject | 0.39 miles NW |
| Sales Price | 459,950 |
| Gross Living Area | 1,290 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.75 |
| Location | Bellevue |
| View | Neighborhood |
| Site | .22 Acre |
| Quality | Average |
| Age | 1959/48 E30y |

# SCHEDULE B2

**Special Exceptions:**

1. Real estate excise tax pursuant to the authority of RCW Chapter 82.45 and subsequent amendments thereto.

   As of the date herein, the tax rate for said property is 1.78%.

2. General taxes and charges: 1st half delinquent May 1, if not paid; 2nd half delinquent November 1, if not paid.

   | | |
   |---|---|
   | Year: | 2007 |
   | Amount billed: | $3,005.83 |
   | Amount paid: | $1,502.92 |
   | Amount due: | $1,502.91 |
   | Tax account no.: | 607190-0030-06 |
   | Levy code: | 0381 |
   | Assessed value of land: | $150,000.00 |
   | Assessed value of improvements: | $211,000.00 |

3. The matters relating to the questions of survey, rights of parties in possession, and unrecorded liens for labor and material have been cleared for the loan policy which, when issued, will contain the 100 endorsement.

4. **Informational Note:** The legal description in this commitment is based upon information provided with the application for title insurance and the public records as defined in the policy to issue. The parties to the forthcoming transaction must notify the title insurance company, prior to closing, if the description does not conform to their expectations.

# Rainier Title

## Eastside/Central Title Unit

Bill Quast, Sr. Title Officer, Unit Manager
Shawna R. Cruikshank, Sr. Title Officer
Mitch Huntley, Title Officer • Suzanne Desseau, Title Officer
Adam Miller, Title Officer • Karen Richmond, Assistant Title Officer
Rachel Bramsen, Title Assistant
Direct: (206) 613-2020 • (866) 290-5196 • Fax: (206) 230-7779
Email: etu@rainiertitle.com
1501 4th Avenue, Suite 308 • Seattle, WA 98101

## SCHEDULE A

Order Number: 431936

1. **Effective Date:** AUGUST 30, 2007 at 8:00 A.M.

2. **Policy Or Policies To Be Issued:**

ALTA Homeowner's Policy, (10/22/03)
Homeowner's Resale Rate

| | |
|---|---|
| **Amount:** | $465,000.00 |
| **Premium:** | $1,160.00 |
| **Tax:** | $103.24 |

**Proposed Insured:** Murphy Pierson

ALTA Extended Loan Policy, (10/17/92)
Simultaneous Rate

| | |
|---|---|
| **Amount:** | $418,500.00 |
| **Premium:** | $651.00 |
| **Tax:** | $57.94 |

**Proposed Insured:** Focus Mortgage

3. **The estate or interest in the land is described or referred to in this Commitment and covered herein is:**
Fee Simple

4. **Title to said estate or interest in said land is at the effective date hereof vested in:**

Karen A. Fortune and Maxine J. Fortune, each as to a separate estate

5. **The land referred to in this commitment is described in Exhibit A.**

#11

Rainier Title, Agent for Lawyers Title Insurance Corporation

By:

Bill Quast, Sr. Title Officer, Unit Manager

# EXHIBIT A

Lot 3, Block 1, Newport Hills No. 9, according to the plat thereof recorded in Volume 69 of Plats, page 17, records of King County, Washington.

## End of Schedule A

# SCHEDULE B1

**There will be no standard exceptions to the Homeowner's Policy to be issued.**

I. The following are the requirements to be complied with:

A. Payment to or for the account of the grantors or mortgagors of the full consideration for the estate or interest to be insured.

B. Proper instrument(s) creating the estate or interest to be insured must be executed and duly filed for record.

NOTE: Effective January 1, 1997, and pursuant to amendment of Washington state statutes relating to standardization of recorded documents, the following format and content requirements must be met. Failure to comply may result in rejection of the document by the recorder.

FORMAT:

Margins to be 3" on top of first page, 1" on sides and bottom, 1" on top, sides and bottom of each succeeding page.
Font size of 8 points or larger and paper size of no more than 8 ½" by 14".
No attachments on pages such as stapled or taped notary seals, pressure seals must be smudged.

INFORMATION WHICH MUST APPEAR ON THE FIRST PAGE:

Title or titles of document. If assignment or reconveyance, reference to auditor's file number or subject deed of trust.
Names of grantor(s) and grantee(s) with reference to additional names on following page(s), if any.
Abbreviated legal description (lot, block, plat name or section, township, range and quarter section for unplatted).
Assessor's tax parcel number(s).
Return address which may appear in the upper left hand 3" top margin.

II. Schedule B of the policy or policies to be issued will contain exceptions to the following matters unless the same are disposed of the satisfaction of the Company:

A. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records, or attaching subsequent to the effective date hereof but prior to the date the proposed Insured acquires of record for value the estate or interest or mortgage thereon covered by this commitment.

B. Any policy issued pursuant hereto will contain the Exclusions From Coverage and, under Schedule B, the standard exceptions as set forth and identified as to the type of policy on the attached Schedules of Exclusions & Exceptions.

**End of Schedule B1**

**Kari McKibben**

---

**From:** Mmerceri@aol.com

**Sent:** Tuesday, October 02, 2007 12:17 PM

**To:** info@nwgroupinc.com

**Subject:** Re: Pierson

crud they changed the purchase price to the 505,000 instead of the 465,000 per cmg the lender.

Michelle

---

See what's new at AOL.com and Make AOL Your Homepage.

**Kari McKibben**

---

**From:** Mmerceri@aol.com

**Sent:** Tuesday, October 02, 2007 12:07 PM

**To:** info@nwgroupinc.com

**Subject:** Pierson

Kari,

Please send me a revised appraisal on the Pierson file. He is now going to live in it so I need to take the rental pages.

thanks
Michelle

P.s. I rec your email last night i will look at it regarding your family member to c if we can help.

---

See what's new at AOL.com and Make AOL Your Homepage.

M-27353

**METROSCAN**
*PROPERTY PROFILE*

| | | | | | |
|---|---|---|---|---|---|
| Parcel ID | :607190 0030 | Bldg | :1 | Total | :$361,000 |
| Owner | :Fortune Karen A | | | Land | :$150,000 |
| CoOwner | : | | | Struct | :$211,000 |
| Site Addr | :5623 129th Ave SE Bellevue 98006 | | | %Imprvd | :58 |
| Mail Addr | :5623 129th Ave SE Bellevue Wa 98006 | | | Levy Cd | :0381 |
| Sale Date | :11/04/2004 | Doc# | :1628 | 2007 Tax | :$3,005.83 |
| SalePrice | :$128,500 | Deed | :Quit Claim | Phone | : |
| Loan Amt | :$284,000 | Type | :Conv Miscellaneous | Vol :69 | Pg :17 |
| Use Code | :002 RES,SINGLE FAMILY RESIDENCE | | | MapGrid | :596 G6 |
| Zoning | :R-5 | | | NbrhdCd | :064005 |
| Prop Desc | : | | | -- CENSUS -- | |
| Legal | :BLK 1 LOT 3 NEWPORT HILLS # 9 SUBJ | | | Tract | :250.01 |
| | :TO TRAN LN ESMT | | | Block | :3 |
| | : | | | QSTR | :SE 21 24N 05E |

| BUILDING INFO | | | | | |
|---|---|---|---|---|---|
| Bedrooms | :4 | 1st Floor SF | :1,470 | Year Built | :1962 |
| Bath Full | :2 | 2nd Floor SF | : | Eff Year | : |
| Bath 3/4 | :1 | 3rd Floor SF | : | Bldg Matl | : |
| Bath 1/2 | : | Half Floor SF | : | Bldg Cond | :Good |
| Fireplace | :2 | AboveGrnd SF | :1,470 | Bldg Grade | :Good |
| Laundry | : | Bsmnt Finished | :760 | Interior | : |
| Porch | : | Bsmnt Total SF | :1,400 | Insulation | : |
| Deck | :Yes | Building SqFt | :2,870 | HeatSource | :Gas |
| Stories | :1 | DeckSqFt | :260 | Heat Type | :Frcd Air |
| Units | :1 | Garage Type | :Basement | Air Method | : |
| Nuisance | : | Attached GrgSF | : | Wtr Source | :Water District |
| Easements | : | Bsmnt ParkingSF | :570 | Sewer Type | :Public |
| DesignType | : | Basement Type | :Daylt | Purpose | : |
| | | Basement Grade | :Avg | | |

**LAND INFORMATION** / **OTHER INFORMATION**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| St Access | :Public | Lot SqFt | :8,400 | St Surface | :Paved | Soundproof | : |
| Beach Acc | : | Lot Acres | :.19 | Elevator | : | Storage | : |
| WtrFront | : | Lot Shape | : | Sprinklers | : | Security | : |
| WtrFntLoc | : | Tde/Uplnd | : | Golf Adj | :No | | |
| WtrFrntFT | : | TopoProbd | : | | | | |

***TRANSFER HISTORY***

| OWNERS | DATE | /DOC # | PRICE | DEED | LOAN | TYPE |
|---|---|---|---|---|---|---|
| :Fortune Karen A | :11/30/2000 | 2027 | : | :Quit C | : | : |
| :Fortune Maxine J/Karen | :03/26/1998 | 1165 | :$87,934 | :Quit C | :$204,000 | :Conv |
| : | : | | : | : | : | : |
| : | : | | : | : | : | : |
| : | : | | : | : | : | : |
| : | : | | : | : | : | : |

Handwritten: Michelle 9-27-07; No ills; A/S 465; 80 x 105

*Information compiled from various sources. Real Estate Solutions makes no representations or warranties as to the accuracy or completeness of information contained in this report.*

NWG 0027

## Property Details

For Property Located At
**5623 129th Ave SE**
**Bellevue, WA 98006-3975**
**Bellevue - King County**

**Owner Info:**

| | | | |
|---|---|---|---|
| Owner Name: | Fortune Karen A | Tax Billing Zip+4: | 3975 |
| Owner Name 2: | Fortune Maxine J | Annual Tax: | $3,006 |
| Tax Billing Address: | 5623 129th Ave SE | County Use Code: | Single Family(Res Use/Zone) |
| Tax Billing City & State: | Bellevue, WA | Universal Land Use: | SFR |
| Tax Billing Zip: | 98006 | | |

**Location Info:**

| | | | |
|---|---|---|---|
| School District: | 405 | Flood Zone Code: | X |
| Subdivision: | Newport Hills 09 | Zoning: | R5 |
| Census Tract: | 250.01 | Street Type: | Public |
| Carrier Route: | C016 | Map#: | 596-G6 |
| Flood Zone Panel: | 5300710666F | Neighborhood Code: | 064005 |
| Panel Date: | 05/16/1995 | Range/Township/Section/Quarter: | 05-24-21-SE |

**Tax Info:**

| | | | |
|---|---|---|---|
| Tax ID: | 607190-0030 | Improved Assessment: | $211,000 |
| Alt APN: | 607190003006 | Total Assessment: | $361,000 |
| Parcel ID: | 6071900030 | % Improv: | 58% |
| Tax Year: | 2007 | Legal Description: | 3 1 Newport Hills # 9 Subj To Tran Ln Esmt |
| Annual Tax: | $3,006 | Lot Number: | 3 |
| Assessment Year: | 2006 | Block ID: | 1 |
| Land Assessment: | $150,000 | | |

**Characteristics:**

| | | | |
|---|---|---|---|
| Lot Acres: | .1928 | Full Baths: | 3 |
| Lot Sq Ft: | 8400 | Fireplaces: | 2 |
| Basement Type: | Basement | Water: | Public |
| Building Sq Ft: | 2,230 | Sewer: | Public Service |
| Above Gnd Sq Ft: | 1470 | Heat Type: | Forced Air |
| Main Area: | 1470 | Patio Type: | Deck |
| Basement Sq Feet: | 1400 | Patio/Deck 1 Area: | 260 |
| Unfinished Basement Area: | 640 | Garage Type: | Basement |
| Impr Bsemt Area: | 760 | Garage Sq Ft: | 570 |
| Stories: | 1 | Year Built: | 1962 |
| Condition: | Good | Quality: | Good |
| Bedrooms: | 4 | Zoning: | R5 |
| Total Baths: | 3 | | |

**Last Market Sale:**

| | | | |
|---|---|---|---|
| Owner Name: | Fortune Karen A | Owner Name 2: | Fortune Maxine J |

**Sales History:**

| | | | |
|---|---|---|---|
| Recording Date: | 11/04/2004 | 11/30/2000 | 03/26/1998 |
| Sale Price: | $128,500 | | $87,934 |
| Nominal: | | Y | |
| Buyer Name: | Fortune Karen A | Fortune Karen A | Fortune Maxine J |

NWG 0028

| | | | | |
|---|---|---|---|---|
| Seller Name: | Fortune Karen A | Fortune Maxine J & Karen A | Fortune Maxine J | |
| Document No: | 200411041628 | 200011302027 | 199803261165 | |
| Auditor No: | Quit Claim Deed | Quit Claim Deed | Quit Claim Deed | |
| Hist Document No: | 2081892 | 1789781 | 1601029 | |
| **Mortgage History:** | | | | |
| Mortgage Date: | 11/04/2004 | 03/19/2002 | 12/01/2000 | 03/26/1998 |
| Mortgage Amt: | $284,000 | $246,844 | $208,500 | $204,000 |
| Mortgage Lender: | Argent Mtg Co Llc | American General Fin'l Svcs | Company Misc | Royal Mtgbanc |
| Mortgage Type: | Conventional | Conventional | Conventional | Conventional |

Courtesy of Joseph Murashie
NWMLS

The data within this report is compiled by First American Real Estate Solutions from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

# APPRAISAL SERVICES FIELD INSPECTION CHECK SHEET

FILE # M-27353 DATE: 9-19-2007 APPRAISER: Jeu

N/A Y N

- PHOTO'S TAKEN? FRONT ✓ REAR ___ STREET ✓ $$$ITEMS ___ INTERIOR ✓ VIEW ✓
- HOMEOWNER'S DUES? AMOUNT $___ MO/YR MANDATORY? YES/NO CHECKED/W___
- COMMON AREAS? LIST___
- SEPTIC BEEN PUMPED/INSPECTED YES/NO WHEN?___ SEWER AVAIL YES/NO CHECKED/W___
- TRAFFIC NOISE OR OTHER NOISE/NOXIOUS INFLUENCE DESCRIBE___
- ROOF OK? APPX AGE 2-7 CHECKED WITH___ GUTTERS OK? YES/NO___
- SIGNS OF SETTLEMENT, HAZARDOUS WASTES, SLIDES, POOR DRAINAGE, FLOODING?___
- DRIVEWAY CO TOPOGRAPHY Lvl VIEW none
- SYSTEMS OK? APPX AGE HEAT ✓ PLUMBING ✓ ELEC ✓ COMMENT___
- TEXTURE OR ASBESTOS COMPONENTS? COMMENTS___
- SIGNS OF PESTS, DRYROT, SOFTNESS AROUND TOILET/TUBS/SHOWER___
- APPLIANCES WORK? ANY UPDATING? COMMENT___
- ENERGY UPDATING? INSUL WINDOWS? YES/NO COMMENT___
- HAS THE PROPERTY SOLD IN THE PAST YEAR?
- HAS THE PROPERTY BEEN LISTED DURING THE PAST YEAR IF YES, WHEN?___

## SITE

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity | ✓ | Pole | Street | Als | ✓ | |
| Gas | ✓ | | Curb/gutter | Co | ✓ | |
| Water | ✓ | | Sidewalk | Co | ✓ | |
| Sanitary sewer | ✓ | | Street lights | Yes | ✓ | |
| Storm sewer | ✓ | | Alley | none | | |

Sky lite

## IMPROVEMENTS

| General Description | Foundation | Exterior Description materials/condition | Interior materials/condition |
|---|---|---|---|
| Units ☐ One ☑ One with Accessory Unit | ☑ Concrete Slab ☐ Crawl Space | Foundation Walls CO A | Floors cpt. tile A |
| # of Stories 1 + Bsmt | ☑ Full Basement ☐ Partial Basement | Exterior Walls WS A | Walls DW A |
| Type ☑ Det. ☐ Att. ☐ S-Det./End Unit | Basement Area sq.ft. | Roof Surface Comp shingle A | Trim/Finish [illegible] A |
| ☑ Existing ☐ Proposed ☐ Under Const. | Basement Finish % | Gutters & Downspouts metal A | Bath Floor vinyl A |
| Design (Style) Split Ent | ☑ Outside Entry/Exit ☑ Sump Pump | Window Type insul alum | Bath Wainscot [illegible] A |
| Year Built 1962/45 | Evidence of ☑ Infestation | Storm Sash/Insulated A | Car Storage ☐ None |
| Effective Age (Yrs) | ☑ Dampness ☑ Settlement | Screens A | ☑ Driveway # of Cars 2 |
| Attic ☐ None | Heating ☑ FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | Driveway Surface CO |
| ☐ Drop Stair ☐ Stairs | ☐ Other Fuel NG | ☑ Fireplace(s) # 1 ☑ Fence [illegible] | ☑ Garage # of Cars 2 |
| ☐ Floor ☑ Scuttle | Cooling ☐ Central Air Conditioning | ☐ Patio/Deck ☑ Porch | ☐ Carport # of Cars |
| ☐ Finished ☐ Heated | ☑ Individual ☐ Other | ☐ Pool ☐ Other | ☐ Att. ☐ Det. ☑ Built-in |

Appliances ☐ Refrigerator ☑ Range/Oven ☑ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains: Rooms Bedrooms Bath(s) Square Feet of Gross Living Area Above Grade

NOTES:

I-90

I-405

Coal Creek Pkwy

SE 69th Way



CONDO FORM

# APPRAISAL SERVICES FIELD INSPECTION CHECK SHEET

FILE #________ DATE:________ APPRAISER:________

| N/A | Y | N | |
|---|---|---|---|
| ☐ | ☐ | ☐ | PHOTO'S TAKEN? FRONT____ REAR____ STREET____ $$$ITEMS____ INTERIOR____ VIEW____ |
| ☐ | ☐ | ☐ | HOMEOWNER'S DUES? AMOUNT $____ MO/YR MANDATORY? YES/NO CHECKED/W____ |
| ☐ | ☐ | ☐ | COMMON AREAS? LIST____ |
| ☐ | ☐ | ☐ | SEPTIC BEEN PUMPED/INSPECTED YES/NO WHEN?____ SEWER AVAIL YES/NO CHECKED/W____ |
| ☐ | ☐ | ☐ | TRAFFIC NOISE OR OTHER NOISE/NOXIOUS INFLUENCE DESCRIBE____ |
| ☐ | ☐ | ☐ | ROOF OK? APPX AGE____ CHECKED WITH____ GUTTERS OK? YES/NO____ |
| ☐ | ☐ | ☐ | SIGNS OF SETTLEMENT, HAZARDOUS WASTES, SLIDES, POOR DRAINAGE,FLOODING?____ |
| ☐ | ☐ | ☐ | DRIVEWAY____ TOPOGRAPHY____ VIEW____ |
| ☐ | ☐ | ☐ | SYSTEMS OK? APPX AGE HEAT____ PLUMBING____ ELEC____ COMMENT____ |
| ☐ | ☐ | ☐ | TEXTURE OR ASBESTOS COMPONENTS? COMMENTS____ |
| ☐ | ☐ | ☐ | SIGNS OF PESTS, DRYROT, SOFTNESS AROUND TOILET/TUBS/SHOWER____ |
| ☐ | ☐ | ☐ | APPLIANCES WORK? ANY UPDATING? COMMENT____ |
| ☐ | ☐ | ☐ | ENERGY UPDATING? INSUL WINDOWS? YES/NO COMMENT____ |
| ☐ | ☐ | ☐ | HAS THE PROPERTY SOLD IN THE PAST YEAR? |
| ☐ | ☐ | ☐ | HAS THE PROPERTY BEEN LISTED DURING THE PAST YEAR IF YES, WHEN?____ |

SITE

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private |
|---|---|---|---|---|---|---|
| Electricity | ☐ | | Street | | ☐ | ☐ |
| Gas | ☐ | | Curb/gutter | | ☐ | ☐ |
| Water | ☐ | | Sidewalk | | ☐ | ☐ |
| Sanitary sewer | ☐ | | Street lights | | ☐ | ☐ |
| Storm sewer | ☐ | | Alley | | ☐ | ☐ |

Utilities included in the unit monthly assessment ☐ None ☐ Heat ☐ Air Conditioning ☐ Electricity ☐ Gas ☐ Water ☐ Sewer ☐ Cable ☐ Other (describe)

| General Description | Interior materials/condition | Amenities | Appliances | Car Storage |
|---|---|---|---|---|
| Floor # | Floors | ☐ Fireplace(s) # | ☐ Refrigerator | ☐ None |
| # of Levels | Walls | ☐ WoodStove(s) # | ☐ Range/Oven | ☐ Garage ☐ Covered ☐ Open |
| Heating Type Fuel | Trim/Finish | ☐ Deck/Patio | ☐ Disp ☐ Microwave | # of Cars |
| ☐ Central AC ☐ Individual AC | Bath Wainscot | ☐ Porch/Balcony | ☐ Dishwasher | ☐ Assigned ☐ Owned |
| ☐ Other (describe) | Doors | ☐ Other | ☐ Washer/Dryer | Parking Space # |

Finished area above grade contains: Rooms Bedrooms Bath(s) Square Feet of Gross Living Area Above Grade

Project Description ☐ Detached ☐ Row or Townhouse ☐ Garden ☐ Mid-Rise ☐ High-Rise ☐ Other (describe)

| General Description | General Description | Subject Phase | If Project Completed | If Project Incomplete |
|---|---|---|---|---|
| # of Stories | Exterior Walls | # of Units | # of Phases | # of Planned Phases |
| # of Elevators | Roof Surface | # of Units Completed | # of Units | # of Planned Units |
| ☐ Existing ☐ Proposed | Total # Parking | # of Units For Sale | # of Units for Sale | # of Units for Sale |
| ☐ Under Construction | Ratio (spaces/units) | # of Units Sold | # of Units Sold | # of Units Sold |
| Year Built | Type | # of Units Rented | # of Units Rented | # of Units Rented |
| Effective Age | Guest Parking | # of Owner Occupied Units | # of Owner Occupied Units | # of Owner Occupied Units |

NOTES:

11

B/R

B/A

B/R

F/R

LO1

B/A

B/A

3/4

B/R

B/R

F/R

LO1

B/R

B/R

NWG 0032



NWG 0033

# INVOICE

FROM:
Northwest Group
P.O.Box 3744
Bellevue, WA 98009

Telephone Number: 425-456-0726 Fax Number: 425-456-0738

| INVOICE NUMBER |
| --- |
| M-27353 Pierson |
| **DATE** |
| 9/19/2007 |

TO:

Focus Mortgage
18338 NE 28th St
Redmond, WA 98052

Telephone Number: Fax Number:
Alternate Number: E-Mail:

**REFERENCE**

| | |
| --- | --- |
| Internal Order #: | M-27353 Pierson |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | M-27353 Pierson |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

Lender: Focus Mortgage Client: Focus Mortgage
Purchaser/Borrower: Murphy Pierson
Property Address: 5623 129th Ave SE
City: Bellevue
County: King State: WA Zip: 98006-3975
Legal Description: Lot 3, Block 1, Newport Hills #9

| FEES | AMOUNT |
| --- | --- |
| Full Appraisal | 450.00 |
| Rent Survey & Operating and Income Statement | 150.00 |
| SUBTOTAL | 600.00 |

| PAYMENTS | | | AMOUNT |
| --- | --- | --- | --- |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| Check #: | Date: | Description: | |
| | | SUBTOTAL | |
| | | TOTAL DUE | $ 600.00 |

13

**METROSCAN**
*PROPERTY PROFILE*

Comp 3 (1)

Parcel ID :607180 0810 Bldg :1
Owner :Yang Yang
CoOwner :Xie Lan
Site Addr :6108 127th Pl SE Bellevue 98006
Mail Addr :6108 127th Pl SE Bellevue Wa 98006
Sale Date :05/30/2007 Doc# :1943
SalePrice :$533,500 Deed :Warranty
Loan Amt :$400,000 Type :Conv Miscellaneous
Use Code :002 RES,SINGLE FAMILY RESIDENCE
Zoning :R-5
Prop Desc :
Legal :BLK 4 LOT 10 NEWPORT HILLS # 8
:
:

Total :$359,000
Land :$150,000
Struct :$209,000
%Imprvd :58
Levy Cd :0381
2007 Tax :$2,989.24
Phone :
Vol :68 Pg :33
MapGrid :596 G7
NbrhdCd :064005
-- CENSUS --
Tract :250.01
Block :3
QSTR :SE 21 24N 05E

309,430
224,070

**BUILDING INFO**

Bedrooms :4
Bath Full :1
Bath 3/4 :1
Bath 1/2 :1
Fireplace :2
Laundry :
Porch :
Deck :Yes
Stories :1
Units :1
Nuisance :
Easements :
DesignType :

1st Floor SF :1,440
2nd Floor SF :
3rd Floor SF :
Half Floor SF :
AboveGrnd SF :1,440
Bsmnt Finished :760
Bsmnt Total SF :1,400
Building SqFt :2,840
DeckSqFt :190
Garage Type :Basement
Attached GrgSF :
Bsmnt ParkingSF :560
Basement Type :Daylt
Basement Grade :Avg

Year Built :1962
Eff Year :
Bldg Matl :
Bldg Cond :Good
Bldg Grade :Good
Interior :
Insulation :
HeatSource :Gas
Heat Type :Frcd Air
Air Method :
Wtr Source :Water District
Sewer Type :Public
Purpose :

**LAND INFORMATION**

St Access :Public
Beach Acc :
WtrFront :
WtrFntLoc :
WtrFrntFT :

Lot SqFt :10,050
Lot Acres :.23
Lot Shape :
Tde/Uplnd :
TopoProbd :

**OTHER INFORMATION**

St Surface :Paved
Elevator :
Sprinklers :
Golf Adj :No

Soundproof :
Storage :
Security :

**TRANSFER HISTORY**

| OWNERS | DATE /DOC # | PRICE | DEED | LOAN | TYPE |
|---|---|---|---|---|---|
| :Coons Kay E | :09/22/2004 1826 | : | :Quit C | :$241,000 | :Conv |
| :Coons Kay E | :05/07/1996 1244 | :$185,500 | :Warran | :$155,000 | :Conv |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |
| : | : | : | : | : | : |

*Information compiled from various sources. Real Estate Solutions makes no representations or warranties as to the accuracy or completeness of information contained in this report.*

# Residential Agent Detail Report

Street Address 6108 127
Listings as of 09/19/07 at 4:15pm
LN: 27061498 6108 127th Pl SE Bellevue 98006 King ST: Sold LP: 534,500
LT: 10 BLK: 4 COM: Newport Hills PRJ: Division 8, Newport Hills

AR: 500 TAX: 6071800810 OLP$ 539,500
MAP: 596 GRD: G-7 Internet: Yes SP$ 533,500
DD: From three way stop in Newport Hills, east on SE 60th, south on 125 Ave SE, east on SE 61st St. & look to left in the turn.
FIN: Conventional
OMD: 05/04/07
LD: 04/12/07
XD:
SLDT: 05/30/07

LO: Coldwell Banker Bain (ID: 5080) Phone: 425-454-0470 SOC: **3**
LAG: Frank W Klein(ID: 2254) Phone:206-714-8729
CLO: Coldwell Banker Bain (ID: 5080) Phone: 425-454-0470
CLA: Kit Klein (ID: 27960) Phone:206-719-8749 PTO: Yes F17: Provided
OTVP: Owner OCC: Kay OWN: McInnis
KEY: MLS Keybox, Owner-Call First, Pet in House
PTS: 206-601-4304 OPH: 425-865-8308 OAD: Bellevue, Wash. PHO:
POS: Closing Agt Fax: 425-455-9659
TRM: Cash Out
TXY: 2006 TX: 2874 SNR: No HOD: MOR:

SO: Windermere R.E. Wall St. Inc. (ID: 7083)
Phone: 206-448-6400

BR: 4 BTH: 3.00 FBT: 1 QBT: 2 HBT: FP: 2

| | G | L | M | U | S |
|---|---|---|---|---|---|
| BR | | 1 | | 3 | |
| FUL | | | | 1 | |
| 3/4 | | 1 | | 1 | |
| 1/2 | | | | | |
| FP | | 1 | | 1 | |
| ENT | | | X | | |
| LRM | | | | X | |
| DRM | | | | X | |
| KES | | | | X | |
| KIT | | | | | |
| MBD | | | | X | |
| BRM | | | | | |
| D/O | | X | | | |
| FAM | | | | | |
| RRM | | X | | | |
| EFR | | | | | |
| UTR | | | | | G |
| ADU | | | | | |

ACR: 0.231 LSF: 10050 LSZ:
VEW: Territorial
WFT: WFG:
LTV: Garden Space, Level, Partial Slope
LDE: Cul-de-sac, Paved Street POL:
SIT: Cable TV, Deck, Fenced-Fully

BSM: GAR: 2 GR: Garage-Attached SWR: Sewer Connected
BLD: YBT: 1962 NC: STY: 14-Split Entry
SAP: FND: Poured Concrete RF: Composition
BDI: Built On Lot EXT: Brick, Wood ARC: Contemporary
BDC: MHS: MHM: MHN:

SFF: 2200 LSD: ENS: Natural Gas
SFU: WHT: HTC: Forced Air
ASF: 2200 SFS: TAX RECORDS FLS: Hardwood, Slate, Vinyl, Wall to Wall Carpet
FEA: Bath Off Master, Ceiling Fan(s), Dining Room, Dble Pane/Strm Windw, Walk In Pantry, Wired for Generator
APS: Dishwasher, Garbage Disposal, Microwave, Range/Oven, Refrigerator
Community Feat:

WAS: Public WAC: Bellevue Utilities SD: Bellevue EL: Newport Heights Elem JH: Tyee Mid SH: Newport Snr High
SWC: Bellevue Utilities POC: PSE BUS: Yes BUS ROUTE:
E-Cert:
Zoning Jur: Zoning Code:

**Legal Description :** Lot 19, Block 4, Division #8 Newport Hills. Complete legal on line.

**Agent Only Remarks :** Transnation Title order #20298786. Call first, if no answer, go show. Forms available online. If dogs are home, they will be in garage and back yard. Square footage is larger than indicated by tax records. Approx. 2350 Sq. Ft.

**Marketing Remarks :** Located in walking distance of Newport Heights Elem., shopping & services. Bedrooms are large. Dining room will take eight chair table & can be extended into living room. Kitchen is a traditional country kitchen & serves as a gathering space as well as informal dining. Large fenced back yard. Recreation room with fireplace. Lower level 3/4 bath & mud entry from yard. Roof, deck, windows, furnace and front doors replaced in recent years. Size is larger than indicated by tax records.

Presented By: Kari McKibben / Northwest Group
Lot Sizes And Square Footage Are Estimates.
Information From Reliable Sources, But Not Guaranteed.
Copyright ©2007 Rapattoni Corporation. All rights reserved.

NWG 0036

MLS

Page 1 of 3

## Picture Gallery – Listing #27061498

NWG 0037

http://locator.nwmls.com/scripts/mgrqispi.dll?APPNAME=Locator&PRGNAME=MLSPi...

MLS

Page 2 of 3

NWG 0038

http://locator.nwmls.com/scripts/mgrqispi.dll?APPNAME=Locator&PRGNAME=MLSPic 9/10/2007

Information From Reliable Sources, But Not Guaranteed.
Copyright ©2007 Rapattoni Corporation. All rights reserved.