The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN HANDLIN, BRIAN HANDLIN, and MAXINE FORTUNE,<br><br>  Plaintiffs,<br><br>  v.<br><br>MURPHY PIERSON, MICHELLE MERCERI, KATHERINE MERCERI, ALTERNATIVE INVESTORS, INC. (a partnership), FOCUS MORTGAGE, LLC, AZ-WA INVESTORS (a partnership), RAINIER TITLE, LLC, GMAC MORTGAGE CORPORATION, MARK MERCERI, JAMES AYLESWORTH, and SEAN "CASEY" JONES,<br><br>  Defendants. | No. C08-1861-JCC<br><br>ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND SCHEDULING ORDER AND FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT |

This matter comes before the Court on Plaintiff Karen Handlin's motion for leave to file an amended complaint (Dkt. No. 185), and Defendant GMAC Mortgage Corporation's response. (Dkt. No. 189.) Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary.

It is hereby ORDERED that Plaintiffs' Motion to Amend Scheduling Order and for Leave to File Fourth Amended Complaint is GRANTED IN PART, in that plaintiffs are given leave to file and serve the fourth amended complaint attached to their motion. (Dkt. No. 185.) The Fourth Amended Complaint must be filed separately. It is further

ORDERED that Plaintiffs' Motion for Partial Summary Judgment is RE-NOTED for July 23, 2010. (Dkt. No. 139.) It is further

ORDER - 1

1    ORDERED that the November 8, 2010 trial date is stricken and the parties, including
2 the Federal National Mortgage Association, shall conduct a conference under W.D. Wash.
3 Local Rule 16(c)(1) to establish a new proposed trial date, case schedule, and discovery plan.
4 It is further
5    ORDERED that, after conducting the LR 16(c)(1) conference, the parties shall submit
6 to this Court an amended joint status report no later than June 15, 2010 setting forth the new
7 proposed trial date, case schedule, and discovery plan.

10 DATED this 8th day of April, 2010.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER - 2