

September 30, 2010

20676.0112

VIA ECF

The Honorable John C. Coughenour
United States Courthouse
700 Stewart Street, Suite 16229
Seattle, WA 98101-9906

Re:   *Handlin v. Pierson, et al.*,
      **W.D. Wash. Cause No. C08-1861-JCC**

Dear Judge Coughenour:

Pursuant to the Court's directive and with the permission of the parties, attached for filing today are a stipulation and an order dismissing all claims with prejudice and canceling the *Lis Pendens*. All parties except one have signed the stipulation and order. *Pro se* defendant Katherine Merceri never appeared in this action, did not participate in the settlement reached by the parties, and has not executed the dismissal pleadings.

All counsel of record will receive a copy of this letter.

Very truly yours,
WILLIAMS, KASTNER & GIBBS PLLC

Marshall Ferguson
(206) 628-5984
mferguson@williamskastner.com

cc:   All Counsel of Record (w/encls.)

Williams, Kastner & Gibbs PLLC
Two Union Square
601 Union Street, Suite 4100
Seattle, Washington 98101
main 206.628.6600 fax 206.628.6611
www.williamskastner.com
SEATTLE . TACOMA . PORTLAND

*Practicing law with greater resolve*™
2943898.1