The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KAREN HANDLIN, BRIAN HANDLIN, and MAXINE FORTUNE,<br><br>Plaintiffs,<br><br>v.<br><br>MURPHY PIERSON, MICHELLE MERCERI, KATHERINE MERCERI, ALTERNATIVE INVESTORS, INC. (a partnership), FOCUS MORTGAGE, LLC, AZ-WA INVESTORS (a partnership), RAINIER TITLE, LLC, GMAC MORTGAGE CORPORATION, MARK MERCERI, JAMES AYLESWORTH, and SEAN "CASEY" JONES, and FEDERAL NATIONAL MORTGAGE ASSOCIATION (a.k.a. "FANNIE MAE"),<br><br>Defendants. | No. C08-1861-JCC<br><br><br><br>STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE AND CANCELING *LIS PENDENS* |

Based upon the parties' stipulation (Dkt. No. 201), it is hereby ORDERED that all claims, counter claims, and cross claims asserted by and between all parties are DISMISSED WITH PREJUDICE and without costs or attorney's fees to any party. It is further ORDERED that the *lis pendens* recorded on November 10, 2008 under King County Auditor's File Number 20081110000504 against the title to the real property and improvements located at 5623 129th Avenue SE, in Bellevue, King County, Washington and legally described as:

> LOT 3, BLOCK 1 NEWPORT HILLS NO. 9, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 69 OF PLATS, PAGE 17, RECORDS OF KING COUNTY, WASHINGTON

ORDER DISMISSING ALL CLAIMS WITH PREJUDICE - 1

2801940.2

1   with King County Assessor's tax parcel identification number 607190-0030, is hereby canceled
2   and released from title to the property.

3
4            DATED this 1st day of October, 2010.

                                                  /s/ John C. Coughenour
                                                  _____
                                                  John C. Coughenour
                                                  UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ALL CLAIMS WITH PREJUDICE - 2

2801940.2